FILED
OCT 18 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RAMIRO MARTINEZ-MELGOZA, <br> Defendant. | Case No. 11cr5780-WQH <br><br> ORDER AND JUDGMENT TO DISMISS THE INDICTMENT |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case 11CR5780-WQH against defendant RAMIRO MARTINEZ-MELGOZA be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 10/18/12.

THE HONORABLE WILLIAM Q. HAYES
United States District Judge